# EXHIBIT  C

US00D704938S

(12) **United States Design Patent**
Mischel, Jr. et al.

(10) Patent No.: **US D704,938 S**
(45) Date of Patent: ** *May 20, 2014

(54) **LIGHTED MIRROR**

(75) Inventors: **James Vernon Mischel, Jr.**, Seattle, WA (US); **Patrick Daniel Erickson**, Seattle, WA (US)

(73) Assignee: **Electric Mirror, LLC**, Everett, WA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/258,436**

(22) Filed: **Apr. 22, 2006**

(51) **LOC (10) Cl.** ................................................. **06-07**

(52) **U.S. Cl.**
USPC ......................................................... **D6/300**

(58) **Field of Classification Search**
USPC ............... D6/300–314, 444; D20/10; 40/700, 40/735, 738, 744, 798; D28/64.1; 250/492.23; D19/52; D5/63; D14/371, D14/129; 359/871; D13/147
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 593,036 A | 11/1897 | Struparich | |
| D114,451 S | 4/1939 | Lazarus | |
| D122,771 S | 10/1940 | Doner | |
| 2,351,877 A | 6/1944 | Rabkin | |
| D230,773 S | 3/1974 | Arnold | |
| D254,643 S | 4/1980 | Ashenfarb | |
| D265,485 S | 7/1982 | Liptak | |
| D270,066 S | 8/1983 | Ackeret | |
| D276,397 S | 11/1984 | Pfanstiehl | |
| 4,777,746 A | 10/1988 | Brooks | |
| D311,820 S | 11/1990 | Glucksman | |
| 5,061,004 A | 10/1991 | Happich | |
| 5,074,067 A | 12/1991 | Cohart | |
| 5,205,059 A | 4/1993 | Doll | |
| D339,921 S | 10/1993 | Nourse | |
| 5,279,880 A | 1/1994 | Cohart | |
| D345,379 S | 3/1994 | Chan | |
| D353,942 S | 1/1995 | Lo | |
| D383,908 S | 9/1997 | Waszkiewicz, III | |
| D384,821 S | 10/1997 | Sugar | |
| D384,823 S | 10/1997 | Sugar | |
| D405,473 S | 2/1999 | Tikhonski et al. | |
| D424,812 S * | 5/2000 | Kacius | D6/300 |
| 6,099,928 A | 8/2000 | Chee | |
| D433,573 S | 11/2000 | Rochon | |
| D458,459 S * | 6/2002 | Gottwald | D6/300 |
| D524,061 S | 7/2006 | Bruce | |
| D524,555 S | 7/2006 | Mohundro | |
| D559,553 S | 1/2008 | Mischel, Jr. | |

(Continued)

OTHER PUBLICATIONS

Bagen, www.yashdefogger.com,BGL-008,2004.*

(Continued)

*Primary Examiner* — Susan E Krakower
*Assistant Examiner* — Sydney R Buffalow
(74) *Attorney, Agent, or Firm* — Peloquin, PLLC; Mark S. Peloquin, Esq.

(57) **CLAIM**

The ornamental design for a lighted mirror, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a lighted mirror, showing our new design:
FIG. **2** is a front view thereof, the back view is identical to FIG. **2**;
FIG. **3** is a left side view thereof, the right side view is identical to FIG. **3**; and,
FIG. **4** is a top view thereof, the bottom view is identical to FIG. **4**.

**1 Claim, 2 Drawing Sheets**



**US D704,938 S**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| D559,555 | S | | 1/2008 | Mischel, Jr. | |
|---|---|---|---|---|---|
| D559,557 | S | | 1/2008 | Mischel, Jr. | |
| D560,371 | S | * | 1/2008 | Liu et al. ...................... | D6/308 |
| D576,432 | S | * | 9/2008 | Siekmann .................... | D6/509 |
| D593,036 | S | * | 5/2009 | Asano et al. ............... | D13/147 |
| 2002/0148151 | A1 | | 10/2002 | Whitlow | |
| 2003/0084600 | A1 | | 5/2003 | Peterson | |
| 2009/0257140 | A1 | * | 10/2009 | Mischel et al. .............. | 359/871 |

OTHER PUBLICATIONS

"Embrace," ElectricMirror.com, <http://web.archive.org/web/20041217213955/electricmirror.com/english/menu/momentum...html>, as early as Dec. 2004 [retrieved Jan. 10, 2008].

"Masterpiece," ElectricMirror.com, <http://web.archive.org/web/20030831074237/www.electricmirror.corn/english/menu/master-piece>, as early as Aug. 2003 [retrieved Jan. 10, 2008].

Mischel, Jr. et al., "Wall Sconce, Backlit Mirror," U.S. Appl. No. 29/258,445, filed Apr. 22, 2006.

Mischel, Jr., et al., "Lighted Mirror," U.S. Appl. No. 29/258,446, filed Apr. 22, 2006.

"Momentum," ElectricMirror.com, <http://web.archive.org/web/20030831074416/www.electricmirror.com/english/menu/momen-tum.html>, as early as Aug. 2003 [retrieved Jan. 10, 2008].

"Embrace," ElectricMirror.com, <http://web.archive.org/web/20060709052632/www.electricmirror.com/embrace.html>, as early as Dec. 2004.

* cited by examiner



*Fig. 1.*

Case 1:17-cv-01747-ALC   Document 1-3   Filed 03/08/17   Page 5 of 5



*Fig. 2.*

*Fig. 3.*

*Fig. 4.*